IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re:  Appeal of Peter Saldan     :
                                              :

From the Decision of the Board of    :     No. 2131 C.D. 2016
License and Inspection Review      :
                                              :

Appeal of:  City of Philadelphia    :

# **O R D E R**

NOW, February 2, 2018, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge